## 51618. J. A. JONES CONSTRUCTION COMPANY et al. v. MOORE.

WEBB, Judge.

Upon further consideration of this appeal it appears that there are genuine issues of material fact, and that the application for interlocutory appeal was improvidently granted. The case is remanded to the Superior Court of Fulton County. *Benton v. Housing Authority of the City of Decatur,* 138 Ga. App. 59.

*Appeal remanded. Deen, P. J., and Quillian, J., concur.*

ARGUED JANUARY 14, 1976 — DECIDED MARCH 17, 1976 — REHEARING DENIED MARCH 30, 1976 —

*N. Forrest Montet, Malcolm P. Smith, Sidney F. Wheeler, Neely, Freeman & Hawkins, Edgar A. Neely, Jr., Paul D. Herman,* for appellants.

*Van Gerpen & Bovis, John V. Burch, Glenn Frick, Robert H. Sorensen,* for appellee.